### UNION DISTILLING CO. v, RUSER. (No. 2.)

*(Supreme Court, General Term, First Department. October 16, 1891.)*

ATTACHMENT—SERVICE OF SUMMONS—TIME OF PUBLICATION.
   Where the summons in an attachment is ordered to be published in two daily papers and the New York Law Journal, and, though published in the first two in time, is not published in the latter until after the expiration of the 30 days limited by Code Civil Proc. N. Y. § 638, this is fatal to the attachment.

Appeal from special term, New York county.

Action by the Union Distilling Company against Henry Ruser. From an order denying his motion to vacate an attachment defendant appeals. For former report, see 14 N. Y. Supp. 908.

Argued before VAN BRUNT, P. J., and DANIELS and INGRAHAM, JJ.

L. Ruser, for appellant. S. E. Duffey, for respondent.

PER CURIAM. The attachment having been granted in this case on the 2d of May, 1891, an order of publication was made on June 1, 1891, requiring the summons to be published in the Evening Post and Evening Sun and the New York Law Journal. The summons was published in the Evening Post and the Evening Sun on the same day, but was not published in the Law Journal until the following day,—more than 30 days after the granting of the attachment. The first publication of the summons, as required by the order of publication, was not commenced within 30 days after the granting of the attachment, and the attachment therefore fell. *Taylor* v. *Troncoso*, 76 N. Y. 599. The order should be reversed, with $10 costs and disbursements, and the motion granted.